UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.              Case Number: 19-40070-04-HLT

QUINTON SHORTER,

    *Defendant.*

## **ORDER**

  This case comes before the court on Defendant Quinton Shorter's Motion for Pretrial Release. (ECF No. 36.) Pursuant to 18 U.S.C. § 3142(f), the court may reopen detention if the court finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue of whether there are conditions of release that will reasonable assure the appearance of such person as required and the safety of others. Here, the court finds that the explanation provided in Defendant Shorter's motion meets that standard. Furthermore, the court has been advised that the Government and Pretrial Services do not object to the court releasing Defendant Shorter. Given Defendant Shorter's current circumstances, the court releases him on his own recognizance pending further proceedings in this matter.

  Defendant Quinton Shorter's Motion for Pretrial Release (ECF No. 36) is granted.

  IT IS SO ORDERED.

  Dated at Topeka, Kansas, this 8th day of October 2019.

                s/Angel D. Mitchell
                Angel D. Mitchell
                United States Magistrate Judge