_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **United States v. Henry Clark,** *et. al.,* | No. 19-cr-40068-HLT-01/09 |
| **United States v. Dontae Patterson,** *et. al.,* | No. 19-cr-40069-HLT-01/21 |
| **United States v. Kevin Henderson,** *et al.,* | No. 19-cr-40070-HLT-01/05 |
| **United States v. Christopher Williams,** *et. al.,* | No. 19-cr-40071-HLT-01/07 |
| **United States v. Paige Jonas** *et. al.*, | No. 19-cr-40072-HLT-01/04 |
| **United States v. Fredrick Swinson,** | No. 19-cr-40073-HLT |
| **United States v. John Thompson,** | No. 19-cr-40074-HLT |
| **United States v. Daniel Mainville,** | No. 19-cr-40075-HLT |
| **United States v. Chanel Toliver,** | No. 19-cr-40076-HLT |
| **United States v. Damon Brown,** | No. 19-cr-40077-HLT |
| **United States v. Jason Simonds,** | No. 19-cr-40078-HLT |
| **United States v. Jerah Gasser,** | No. 19-cr-40079-HLT |
| **United States v. James Atkinson,** | No. 19-cr-40080-HLT |

## GOVERNMENT'S SECOND STATUS REPORT
## (RE: COURT'S PROTECTIVE ORDER[1])

**COMES NOW**, the United States of America, by and through Assistant United States Attorney, Skipper Jacobs, and provides the Court with its Second Status Report concerning the protective order(s) issued in the above-captioned cases.[2]

---

[1] *Clark et. al.,* at Doc. 74;  *Patterson, et. al.,* at Doc. 177; *Henderson et. al.,* at Doc. 34; *Williams et. al.,* at Doc. 63; *Jonas et. al.* at Doc. 39; *Swinson,* at Doc. 18; *Thompson,* at Doc. 15; *Mainville,* at Doc. 15; *Toliver,* at Doc. 18; *Brown et. al.* at Doc. 19; *Simonds,* at Doc. 18; *Gasser,* at Doc. 21; *Atkinson,* at Doc. 16.
[2] *Id.*

1

2

The Court has issued protective orders in the above-captioned cases concerning five categories of materials identified as "Item 1" through "Item 5."[3] With respect to the materials identified as "Item 1" and "Item 5" the government was obligated to provide the Court with a status report every sixty (60) days.[4]

On or about November 5, 2019, the United States provided its First Status Report in the above cases informing the Court that "Item 1" materials no longer required redactions or deferral and were produced to the court appointed coordinating discovery attorney.[5] In turn, the Court issued an amendment to the Protective Order removing the government's requirement to provide status updates with respect to Item 1 materials.[6]

The materials identified as "Item 5" concern materials that, at the time of the government's application, were related to an ongoing investigation.[7] Specifically, the Court authorized the government to defer discovery of all "Item 5" materials.[8]

The government submits that deferral of "Item 5" materials is still required. The government provides its basis for continued deferral in an *ex parte* written statement pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for the Court's review *in camera*. The government's *ex parte* written statement will be

---

[3]*Id.*
[4]*Id.*
[5]*See e.g. United States v. Gasser*, No. 19-cr-40079-HLT at Doc. 22.
[6]*See e.g. Id.* at Doc. 24.
[7]*Id.; See also ex parte* "written statement" submitted to the Court in support of Motion for Protective Order pursuant to Fed. R. Crim. P. 16(d).
[8]*Clark et. al.,* at Doc. 74; *Patterson, et. al.,* at Doc. 177; *Henderson et. al.,* at Doc. 34; *Williams et. al.,* at Doc. 63; *Jonas et. al.* at Doc. 39; *Swinson,* at Doc. 18; *Thompson,* at Doc. 15; *Mainville,* at Doc. 15; *Toliver,* at Doc. 18; *Brown et. al.* at Doc. 19; *Simonds,* at Doc. 18; *Gasser,* at Doc. 21; *Atkinson,* at Doc. 16.

provided to chambers via email and submitted contemporaneously to the filing of the instant Second Status Report.

                                          Respectfully submitted,

                                          s/<u>Skipper S. Jacobs</u>
                                          Skipper S. Jacobs, #26848
                                          Assistant United States Attorney
                                          444 SE Quincy, Suite 290
                                          Topeka, KS 66683
                                          Phone: (785) 295-2850
                                          Fax: (785) 295-2853
                                          Skipper.jacobs@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of November, 2019, I electronically filed the foregoing Motion with the Clerk of the Court by using the CM/ECF system which will send an electronic copy to counsel of record.

                                          /s/<u>Skipper S. Jacobs</u>
                                            Skipper S. Jacobs, #26848
                                            Assistant United States Attorney